There is no evidence that the trucks had traveled at other than slow speeds or that there had been any accidents on the premises involving trucks or minibikes. (Appeals from judgment of Supreme Court, Erie County, Sprague, J.—negligence, products liability.) Present—Denman, J. P., Boomer, Green, O'Donnell and Schnepp, JJ.

■ Joseph Lombardo, Appellant, v Coder Service, Inc., et al., and J.L.D.W. Enterprises, Inc., et al., Respondents, et al., Defendants. (Appeal No. 2.)—Judgment unanimously affirmed, with costs. Same memorandum as in *Lombardo v Coder Serv.* ([Appeal No. 1], 117 AD2d 1003). (Appeals from judgment of Supreme Court, Erie County, Sprague, J.—negligence, products liability.) Present—Denman, J. P., Boomer, Green, O'Donnell and Schnepp, JJ.

■ Joseph Lombardo, Appellant, v Coder Service., Inc., et al., and Seneca Steel Service Corp. et al., Respondents, et al., Defendants. (Appeal No. 3.)—Judgment unanimously affirmed, with costs. Same memorandum as in *Lombardo v Coder Serv.* ([Appeal No. 1], 117 AD2d 1003). (Appeals from judgment of Supreme Court, Erie County, Sprague, J.—negligence, products liability.) Present—Denman, J. P., Boomer, Green, O'Donnell and Schnepp, JJ.

■ Joseph Lombardo, Appellant, v Coder Service, Inc., et al., Appellants, and Blue Giant Equipment Corp., Respondent, et al., Defendants. (Appeal No. 4.)—Judgment unanimously affirmed, with costs. Same memorandum as in *Lombardo v Coder Serv.* ([Appeal No. 1], 117 AD2d 1003). (Appeals from judgment of Supreme Court, Erie County, Sprague, J.—negligence, products liability.) Present—Denman, J. P., Boomer, Green, O'Donnell and Schnepp, JJ.

■ Roger E. Nauheimer et al., Respondents, v Paul H. Desborough, Jr., et al., Appellants.—Judgment unanimously affirmed, without costs, for reasons stated at Special Term, Mastrella, J.—(Appeal from judgment of Supreme Court, Monroe County, Mastrella, J.—declaratory judgment.) Present—Denman, J. P., Boomer, Green, O'Donnell and Schnepp, JJ.

■ Clare Vogt, Appellant, v State of New York, State University of New York at Geneseo, Respondent. (Claim No. 67336.)—Judgment and order unanimously affirmed, without costs, for reasons stated at Court of Claims, Corbett, J. (Appeals from judgment and order of Court of Claims, Corbett, J.—negligence.) Present—Denman, J. P., Boomer, Green, O'Donnell and Schnepp, JJ.